## O. R. THUE & CO., etc., Appellant, v. G. O. BAGLEY.

Circuit Court of Appeals, Eighth Circuit. May 3, 1927.

No. 7524.

Appeal from the District Court of the United States for the District of North Dakota.

John F. Sullivan and J. M. Hanley, both of Mandan, N. D., for appellant.

Crum & Crum, of Bismarck, N. D., for appellee.

PER CURIAM. Appeal dismissed for want of prosecution, under rule 17.

---

## 2 Peter Sigvart PETERSON, Plaintiff in Error, v. UNION PACIFIC RAILROAD CO.

Circuit Court of Appeals, Eighth Circuit. May 18, 1927.

No. 7483.

In Error to the District Court of the United States for the District of Nebraska.

George W. Peterson, of St. Paul, Minn., and James H. Ready, of Omaha, Neb., for plaintiff in error.

N. H. Loomis, C. A. Magaw, and Thomas W. Boekes, all of Omaha, Neb., for defendant in error.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, per stipulation of parties.

---

## 3 PHŒNIX LAND INVESTMENT CO., Appellant, v. George L. MATCHAN, Receiver, et al.

Circuit Court of Appeals, Eighth Circuit. May 31, 1927.

No. 7849.

Appeal from the District Court of the United States for the District of Minnesota.

Frank W. Booth, of Minneapolis, Minn., for appellant.

F. B. Wright, Fred B. Wright, Jr., Donald O. Wright, S. R. Child, H. E. Fryberger, and Donald E. Bridgman, all of Minneapolis, Minn., for appellees.

PER CURIAM. Appeal docketed and dismissed, with costs, on motion of appellees, under rule 16.

---

## 4 William PIERRO et al., Plaintiffs in Error, v. UNITED STATES.

Circuit Court of Appeals, Eighth Circuit. May 9, 1927.

No. 7652.

In Error to the District Court of the United States for the Western District of Oklahoma.

C. R. Reeves, of Oklahoma City, Okl., for plaintiffs in error.

William P. Kelley, Asst. U. S. Atty., of Oklahoma City, Okl.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of defendant in error, under rules 23 and 24.

---

## 5 P. J. HYLAND, Inc., Appellant, v. UNITED STATES, Appellee.

Circuit Court of Appeals, Third Circuit. November 17, 1927.

No. 3659.

Appeal from the District Court of the United States for the District of New Jersey; Wm. N. Runyon, Judge.

Walter G. Winne, U. S. Atty., of Hackensack, N. J., and Harlan Besson, Asst. U. S. Atty., of Hoboken, N. J., for the United States.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

BUFFINGTON, Circuit Judge. In the court below, after proofs furnished both by the government and the defendants, the court adjudged the premises a nuisance by reason of the proved sale of intoxicants, and ordered such nuisance abated and closed. After full consideration of the proofs, we are of opinion the decree below should be affirmed, without prejudice to any nonresident who is not served with process making application under section 22, title 2, of the National Prohibition Act (27 USCA § 34), for any relief to which she is entitled.